UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miscellaneous No.


*IN RE* FORTY-FIVE THOUSAND
ONE HUNDRED DOLLARS
($45,100.00) IN UNITED
STATES CURRENCY,
FPF: 2011520400005701.
_____/

ORDER GRANTING UNITED STATES' AGREED MOTION TO
EXTEND TIME FOR FILING COMPLAINT

THIS MATTER comes before the Court pursuant to the United States' agreed motion to extend the time for the United States to file a civil forfeiture complaint *in rem* as to property seized by Customs and Border Protection.  The property seized consists of Forty-Five Thousand One Hundred Dollars ($45,100.00) in United States currency.  The parties have agreed to extend the time for filing the forfeiture complaint.  The Court being fully advised in the premises and the Court being authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in which the United States is required to file a complaint for forfeiture against the property based upon the agreement of the parties, it is:

ORDERED AND ADJUDGED:

1.   The agreed motion to extend the time for filing a civil forfeiture complaint is granted.

1

2.    The United States shall have until Friday, July 15, 2011, to file a forfeiture complaint in this matter.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____day of June, 2011.


_____

UNITED STATES MAGISTRATE JUDGE

cc: Antonia J. Barnes, AUSA
    David B. Rothman, Esq.

2

<u>SERVICE LIST</u>

In Re Forty-Five Thousand One Hundred Dollars ($45,100.00)
in United States currency, FPF: 2011520400005701

Miscellaneous No.

United States District Court, Southern District of Florida

Antonia J. Barnes
Assistant U.S. Attorney
<u>Antonia.Barnes@usdoj.gov</u>
U.S. Attorneys Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for Plaintiff United States
[Service via U.S. mail]

David B. Rothman, Esq.
<u>dbr@rothmanlawyers.com</u>
Wachovia Financial Center
Ste. 2770
200 S. Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 358-9000
Facsimile: (305) 374-5747
Attorney for James Wills
[Service via U.S. mail]